IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE NORTON,

    Plaintiff,                      No. CIV 2:10-cv-1078-GEB-JFM

    vs.

AURORA LOAN SERVICES et al.,

    Defendants.               ORDER

_____/

        Plaintiff is proceeding pro se and in forma pauperis. The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

        A claim is legally frivolous when it lacks an arguable basis either in law or in fact. Neitzke v. Williams, 490 U.S. 319, 325 (1989); Franklin v. Murphy, 745 F.2d 1221, 1227-28 (9th Cir. 1984). The court may, therefore, dismiss a claim as frivolous where it is based on an indisputably meritless legal theory or where the factual contentions are clearly baseless. Neitzke, 490 U.S. at 327.

        A complaint, or portion thereof, should only be dismissed for failure to state a claim upon which relief may be granted if it appears beyond doubt that plaintiff can prove no set

1

1  of facts in support of the claim or claims that would entitle him to relief. <u>Hishon v. King &</u>
2  <u>Spalding</u>, 467 U.S. 69, 73 (1984) (citing <u>Conley v. Gibson</u>, 355 U.S. 41, 45-46 (1957)); <u>Palmer</u>
3  <u>v. Roosevelt Lake Log Owners Ass'n</u>, 651 F.2d 1289, 1294 (9th Cir. 1981). In reviewing a
4  complaint under this standard, the court must accept as true the allegations of the complaint in
5  question, <u>Hospital Bldg. Co. v. Rex Hosp. Trustees</u>, 425 U.S. 738, 740 (1976), construe the
6  pleading in the light most favorable to the plaintiff, and resolve all doubts in the plaintiff's favor,
7  <u>Jenkins v. McKeithen</u>, 395 U.S. 411, 421 (1969).

8        The court finds the allegations in plaintiff's complaint so vague and conclusory
9  that it is unable to determine whether the current action is frivolous or fails to state a claim for
10 relief. The court has determined that the complaint does not contain a short and plain statement
11 as required by Fed. R. Civ. P. 8(a)(2). Although the Federal Rules adopt a flexible pleading
12 policy, a complaint must give fair notice and state the elements of the claim plainly and
13 succinctly. <u>Jones v. Community Redev. Agency</u>, 733 F.2d 646, 649 (9th Cir. 1984). Plaintiff
14 must allege with at least some degree of particularity overt acts which defendants engaged in that
15 support plaintiff's claim. <u>Id.</u> Because plaintiff has failed to comply with the requirements of
16 Fed. R. Civ. P. 8(a)(2), the complaint must be dismissed. The court will, however, grant leave to
17 file an amended complaint.

18       If plaintiff chooses to amend the complaint, plaintiff must set forth the
19 jurisdictional grounds upon which the court's jurisdiction depends. Federal Rule of Civil
20 Procedure 8(a). Further, plaintiff must demonstrate how the conduct complained of has resulted
21 in a deprivation of plaintiff's federal rights. <u>See</u> <u>Ellis v. Cassidy</u>, 625 F.2d 227 (9th Cir. 1980).

22       In addition, plaintiff is informed that the court cannot refer to a prior pleading in
23 order to make plaintiff's amended complaint complete. Local Rule 220 requires that an amended
24 complaint be complete in itself without reference to any prior pleading. This is because, as a
25 general rule, an amended complaint supersedes the original complaint. <u>See</u> <u>Loux v. Rhay</u>, 375
26 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files an amended complaint, the original pleading no

1 longer serves any function in the case.  Therefore, in an amended complaint, as in an original
2 complaint, each claim and the involvement of each defendant must be sufficiently alleged.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint is dismissed; and

2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint"; plaintiff must file an original and two copies of the amended complaint; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

DATED: June 14, 2010.

UNITED STATES MAGISTRATE JUDGE

/014.nort1078.dismiss.lta

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE NORTON, | | |
| | Plaintiff, | No. CIV 2:10-cv-1078-GEB-JFM |
| vs. | | |
| AURORA LOAN SERVICES et al., | | |
| | Defendants. | <u>NOTICE OF AMENDMENT</u> |
| _____/ | | |

Plaintiff hereby submits the following document in compliance with the court's order filed _____:

_____   Amended Complaint

DATED:

_____
Plaintiff